# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| **Lance Richardson Pagan,** | JUDGMENT IN CASE |
| Petitioner(s), | 3:20-cv-00315-RJC |
| vs. | 3:13-cr-00258-RJC-DSC-8 |
| **USA,** | |
| Respondent(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2020 Order.

September 25, 2020

Frank G. Johns, Clerk
United States District Court